**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 12, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00282-CV

_____

## GUY B. SULLAWAY, JR., Appellant

## V.

## CAROLYN JANICE SMITH, Appellee

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1035630-002**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 1, 2014. On July 31, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.